# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ROBINSON, | CASE NO. 1:08-cv-00066-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| STEPHEN W. MAYBERG, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff Samuel Robinson ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 5, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice that the Objection, if any, was to be filed within fifteen days. Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 5, 2008, is adopted in full; and

///
///
///

1

2. This action is dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   December 16, 2008**      **/s/ Oliver W. Wanger**
                  UNITED STATES DISTRICT JUDGE